JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL R. ALAMILLO, | No. 2:22-cv-04698-RGK-SHK |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  6/16/2023

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE